

**ORDERED in the Southern District of Florida on September 21, 2012.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

                                                       Chapter 7

Pedro Palenzuela,                              Case No. 11-35691-LMI

       Debtor,

_____/

McCORMICK 105, LLC, a Maryland Limited
Liability Company,

       Plaintiff,                                Adv. Case No.-12-01801-LMI

-vs-

Pedro Palenzuela; Unknown Spouse of Pedro Palenzuela;
Joy Palenzuela; Unknown Spouse of Joy Palenzuela;
SunTrust Bank; Homeowners Association of Coral
Coast, Inc.; Drew M. Dillworth, the Chapter 7 Bankruptcy
Trustee of the Estate of Pedro Palenzuela;
Unknown Tenant #1; Unknown Tenant #2,

       Defendant(s).

_____/

**ORDER DENYING PLAINTIFF'S**
**MOTION FOR ABTENTION AND/OR REMAND (DE#4)**

This matter came on before the Court for hearing on the 20th day of September upon the *Plaintiff's Motion For Abstention And/Or Remand* ("Motion") [DE#4], and the Court, being familiar with the record, heard argument of counsel, and for the reasons set forth on the record, does hereby

ORDER and ADJUDGE that:

1.        The Motion is DENIED.

2.        Plaintiff has twenty-one (21) days from the date of entry of this Order to file and serve its answer to the Trustee's counterclaim.

###

Submitted by:
        James B. Miller, Esq.

Copies to (via ecf in pdf format):
        James B. Miller, Esq.
        David H Haft, Esq.